```
Kenneth Dick, #56813
```
*(full name/prisoner number)*
```
I.S.C.I., Unit 15
Post Office Box 14
Boise, Idaho      83707
```
*(complete mailing address)*

U.S. COURTS

JUN 20 2016

Rcvd_____Filed_____
ELIZABETH
CLERK, DIST_____

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

```
Kenneth Dick                    ,
```
*(full name)*
        Plaintiff,

v.

```
Kevin Kempf, Director IDOC;
Sheriff of Canyon County;
Sheriff of Jefferson County;
Lt. Ortega, Sgt. Hernandez, Sgt. Bush,
Sgt. Hansen, (Jefferson County Jail
Staff); Alan Stewart, (IDOC Paralegal);
Jeff Kirkman, (IDOC Access Coordinator),
```
*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:16-CV-253-REB
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested:  [x] Yes   [ ] No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

[x] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
[ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
[ ] Other federal statute *(specify)* _____; or diversity of citizenship.
[x] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is  Kenneth Dick  . I am a citizen of the State of  Idaho  ,

presently residing at  Idaho State Correctional Institution  .

PRISONER COMPLAINT - p. 1_                  *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Kevin Kempf__, who was acting as __Director__
   (defendant)                                (job title, if a person; function, if an entity)

   for the __Idaho State Department of Corrections.__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __11/1/14 and 5/29/15__, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Between 11/1/14 and 5/29/15 I was incarcerated at the Canyon County Jail, and the Jefferson County Jail, even though I was a sentenced IDOC inmate at these times. I am alleging that there was no legal library at these jails, nor was there anyone who was trained in the law at these facilities to assist me in accessing the Court. I was denied the ability to appeal the sentence that was imposed upon me because of the lack of these resources. This is an actual injury. Kevin Kempf has a duty to assure that there is access to the Court's provided to all IDOC sentenced inmates, and if they are housed in a County Jail then the conditions of confinement must meet constitutional mandates such as Access to Courts.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   1st, 6th, and 14th Amendments to the United States Constitution, as well as the Idaho State Constitutional guarantees of access to the Court.

4. I allege that I suffered the following injury or damages as a result:
   I was denied the ability to appeal the sentence imposed upon me in my criminal case. CR-FE-2014-5888.

5. I seek the following relief: $1,000,000. Also I seek an injunction against the IDOC which directs that the access to the Courts is inadequate for inmates.

6. I am suing Defendant in his/her [xx] personal capacity *(money damages from Defendant personally)*, and/or [xx] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [XX] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2_                                            *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Kieran Donahue__, who was acting as __Sheriff__
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the __Canyon County Idaho.__
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __11/1/14 and 12/17/14__, Defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
   __I was incarcerated at the Canyon County Jail between 11/1/14 and 12/17/14. I had 42 days to file an appeal from the sentence imposed against me. The Canyon County Jail would not assist me in filing a Notice of Appeal. I did ask for this type of assistance and was refused. I asked to be able to use the law library and I was informed that there was no law library for inmates to use.__
   __Because of the lack of these legal resources, I was denied the ability to appeal the sentence imposed against me. When I continued to ask for the use of the Law Library I was transferred to the Jefferson County jail in retaliation.__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __1st Amendment and 6th Amendment to the United States Constitution, as well as the Fourteenth Amendment.__

4. I allege that I suffered the following injury or damages as a result:
   __I was not able to file an appeal as to the sentence imposed upon me in my criminal case because of the lack of a legal library or the assistance from someone who was trained in the law. Criminal Case # CR-FE-2014-5888.__

5. I seek the following relief: __an injunction against the Canyon County Jail which does direct that inmates have the right to access the Court; $1,000,000 in damages.__

6. I am suing Defendant in his/her [x] personal capacity *(money damages from Defendant personally)*, and/or [XX] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Blair Olsen__, who was acting as __Sheriff__
   (defendant)                                              (job title, if a person; function, if an entity)

   for the __County of Jefferson, State of Idaho.__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __12/17/14 and 5/29/15__, Defendant did
                                                                  (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   __Refused to provide to me access to the Courts. Because I was denied this right, I suffered an actual injury. I was not able to file an appeal as to the sentence imposed upon me in my criminal case. CR-FE-2014-5888.__
   __Through various different members of the Jail security staff I continued to request assistance in accessing the Court so that I could appeal the sentence imposed upon me. I was informed that there was no one who was trained in the law who could assist me, and I was informed that there was no legal library for me to use unless I was an illegal immigrant. Because of this lack of legal material I could not file an appeal of the sentence imposed. I have been harmed.__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __1st, 6th, and 14th Amendment to the United States Constitution, as well as the Idaho State Constitutional guarantee of access to the Court and the right to Appeal in a criminal case.__

4. I allege that I suffered the following injury or damages as a result:
   __I was denied the ability to appeal the sentence imposed upon me in criminal case CR-FE-2014-5888. This has effected my personal liberty and Civil rights.__

5. I seek the following relief: __$1,000,000. As well as an injunction that provides that inmates must be provided the ability to access the court, and this is at all jails.__

6. I am suing Defendant in his/her [XX] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 4                                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Ortega__, who was acting as __Lieutenant of Jail__
   (defendant)                                         *(job title, if a person; function, if an entity)*

   for the __Jefferson County Jail__.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __12/17/14 to 5/29/15__, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   __Lt. Ortega of the Jefferson County Detention Facility was informed that I wanted to file an appeal from the sentence imposed upon me. Lt. Ortega was also informed that I wanted to access the Courts to file such an appeal. Lt. Ortega stated that there was a legal library for me to use, but then retracted that and stated that I needed to go through IDOC. By this time, the 42 day time limit to file an appeal had passed. I asked to be assisted by someone trained in the law, and was told to file a grievance. I filed a grievance but it was not answered. I had my family send me case law and legal books, (previously approved), and Lt. Ortega told me if I did it again I would have to pay money to receive these items. Lt. Ortega knew I had the right to access the Court and denied to me this right.__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __1st, 6th, and 14th Amendments to the United States Constitution, as well as the provisions of the Idaho State Constitution which provide access to the Courts.__

4. I allege that I suffered the following injury or damages as a result:
   __Because there was no legal library and there was no one trained in the law to assist me, I could not file an appeal from the sentence imposed upon me in case number CR-FE-2014-5888.__

5. I seek the following relief: __$1,000,000. in damages; Declaratory relief that will provide inmates access to the courts; and injunction against Jefferson County.__

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [X] Yes   ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

1. I am suing Hernandez who was acting as a Sergeant of the Jail for the Jefferson County Jail.

2. I am complaining that between 12/17/14 and 5/29/15 the above Defendant did the following:

   Sgt Hernandez was informed that I wanted to access the Court to file an appeal of the sentence imposed upon me in case number CR-FE-2014-5888. Sgt. Hernandez was informed by me that I wanted to use the legal library to access the Court. Sgt. Hernandez informed me that there was no legal library for me to use. I informed Sgt. Hernandez that I wanted to be assisted in accessing the Court by someone who was trained in the law. Sgt. Hernandez informed me that this was not allowed by the Jefferson County Jail.
   Because there was no legal materials and no assistance from someone who was trained in the law, I was harmed because I could not appeal the sentence imposed upon me in case number CR-FE-2014-5888.
   Sgt. Hernandez knew that I had the right of access to the Court but refused to provide to me this access.

3. I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or State laws:

   1st, 6th, and 14th Amendments to the United states Constitution as well as the provisions of the Idaho State Constitution which provide access to the Courts.

4. I allege that I suffered the following injury or damages:

   Because there was no law library and there was no one trained in the law to assist me, I could not file an appeal from the sentence imposed upon me in case number CR-FE-2014-5888.

5. I seek the following relief:  $1,000,000. in damages. Declaratory relief that will provide inmates access to teh Courts; An injunction against the Jefferson County Jail so that this does not happen in the future.

6. I am suing the above Defendant in his/her personal capacity, and official capacity, and the Defendant is also a government entity.

7. I have exhausted all available administrative remedies available to me.

C.  DENFENDANT(S) AND CAUSE(S) OF ACTION

1. I am suing Bush and Hansen, who were both employed at the Jefferson County Jail as Sergeants of security at that facility.

2. I am complaining that between 12/17/14 and 5/29/15 the above named Defendant(s) did the following:

   Both of the above named Sgt.s were informed that I was needing to access the Courts so that I could file an appeal of my criminal sentence in case number CR-FE-2014-5888.
   Both of the above Sgt.s were informed that I had a right to access the Courts and that I had a right to appear Pro-Se in this appeal if I so chose to do so.
   Both of the above Sgt.s of security knew that the facility had a duty, under the United states Constitution to provide to me either a legal library, or the assistance from someone who was trained in the law to help me in filing the proper documents in the Court.
   After making sure that both of the above Sgt.s knew of my rights, both of the above Sgt.s informed me that they would not provide to me the ability to access the Court or file an appeal of the sentence imposed upon me.
   Because of the in-actions of the above named Defendant(s) I was not able to file an appeal of the sentence imposed in case number CR-FE-2014-5888, which is an actual injury to me.

3. I allege that the above acts have violated the following provisions of the Constitution, federal or state laws or statutes:

   1st, 6th, and 14th Amendments to the Constitution of the United States as well as the Guarantee of access to the Courts under the Idaho State Constitution.

4. I allege that I suffered the following injury or damages as a result of the above actions:

   Because there was no one trained in the law to assist me, and because there was no law library available to me, I could not file an appeal of the sentence imposed upon me in case number CR-FE-2014-5888.

5. I seek the following relief: $1,000,000; Declaratory relief that inmates at the Jefferson County Jail are to be provided access to the Courts; and an injunction that stops this from occurring in the future.

6. I am suing the above Defendant(s) in their personal and or official capacities. These Defendants also work for a government entitiy.

7. I have exhausted all available remedies as to these Defendants and these issues.


Prisoner Complaint - 7

C.      DEFENDANT(S) AND CAUSE(S) OF ACTION

1.      I am suing Alan Stewart who was acting as a paralegal for

the Idaho State Department of Corrections.

2.      I am complaining that between 12/17/14 and 5/29/15 the above

named Defendant did the following:

    Alan Stewart is the paralegal assigned to Idaho State Department of Corrections to assist inmates in accessing the Courts.
    The Idaho State Department of Corrections removed the inmate legal library and replaced them with a paralegal to assist inmates in accessing the Courts by assisting them in filing documents, as well as researching issues.
    I was an inmate sentenced to the Idaho State Department of Corrections during the time period as mentioned above. I attempted to assert my right to appeal the sentence imposed upon me in case number CR-FE-2014-5888. Alan Stewart would not assist me in filing the necessary documents that I needed to file in order to perfect the above appeal. Because of Mr. Stewarts refusal to assist me I could not file the appeal within the time limits established for such filing and therefore I could not file the appeal.
    Mr. Stewart also informed me that per the access to the Court policy of the Idaho State Department of Corrections, inmates are not provided authroity, (Case law), nor are inmates to be provided the ability to conduct general or specific legal research.
    Under the holdings from the Idaho State Court of Appeals and the Idaho Supreme Court, any issues presented in an appeal that are not supported by authority will not be considered by the Court.
    It is based upon these facts that I have suffered an actual injury, and I have been harmed.

3.      I allege that the above acts have violated the following

provisions of the Constitution, federal or State Statutes:

1st, 6th, and 14th Amendments to the United States Constitution, and the provisions of the Idaho State Constitution.

4.      I allege that I suffered the following injury or damages:

    Because there was no one trained in the law to assist me, and there was no legal library, I was not able to represent myself; and I could not file the appeal from my sentence in case number CR-FE-2014-5888.

5.      I seek the following relief: $1,000,000.;Declaratory Relief that inmates at the Jefferson County Jail are to be provided access to the Courts; and an injunction that stops this from occurring in the future.


Prisoner Complaint - 8

C.     DEFENDANT(S) AND CAUSE(S) OF ACTION, (Con't)

6.     I am suing the above Defendant(s) in their personal and or official capacities. These Defendants also work for a government entity.

7.     I have exhausted all available remedies as to these Defendants and these issues.

C.     DEFENDANT(S) AND CAUSE(S)S OF ACTION:

1.     I am suing Jeff Kirkman who was acting as the coordinator for access to the courts for all inmates sentenced to the Idaho State Department of Corrections.

2.     I am complaining that between 12/17/14 and 5/29/15 the above Defendant did the following acts:
    I allege that Defendant Jeff Kirkman was aware of the fact that I was attempting to represent myself and file an appeal of the sentence imposed upon me in case number CR-FE-2014-5888.
    I allege that Jeff Kirkman did not provide to me access to any form of case authority; no access to any one trained in the law to assist me; no access to a legal library; and that these short comings prevented me from filing an appeal of the sentence imposed upon me.
    I am alleging that Jeff Kirkman is aware of the fact that the Idaho State Court of Appeals, and the Idaho State Supreme Court will not rule upon or entertain an issue in an appeal that is not supported by authorities. That even though aware of such facts, Jeff Kirkman as the access to the Courts coordinator does not allow inmates to have authority, case law, nor does he allow inmates to be able to conduct legal research into legal issues, (either general or specific issues).
    Based upon these facts, I was prevented from filing the appeal from the sentence imposed upon me in case number CR-FE-2014-5888.

3.     I allege that the above acts violted the following provisions

of the Constitution, federal or State statutes:

1st, 6th, and 14th Amendments to the United States Constitution, and the provisions of the Idaho State Constitution which provides access to the Courts, and the ability to represent myself.

4.     I allege that I suffered the following injury or damages:

Because there was no one trained in the law to assist me, and there was no law library, I was not able to represent myself and I could not file an appeal of the sentence imposed upon me.

5.     I seek the following relief: $1,000,000; Declaratory Relief that inmates at the Jefferson County Jail are to be provided access

C.      DEFENDANT(S) AND CAUSE(S) OF ACTION ,(Con't)

to the Courts; and an injunction that stops this from occurring in the future.

6.      I am suing the above Defendants in their personal capacity and official capacity, and the above Defendant is also employed by a government entity.

7.      I have exhausted all available administrative remedies available to me.

Prisoner Complaint -10

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| I have not pursued | | any other legal actions | related to this case. | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗   do not ◯   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

There is no ability provided to inmates to conduct legal research into either general or specific legal issues, and there is no case authority provided to inmates. There is no one trained in the law to assist inmates.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 6-16-16 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____ .

Executed at  I.S.C.I. , (Location)  on  6-16-16 . (Date)

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original exhibits** to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.